UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-9385 ODW(JEMx) | Date | January 12, 2011 |
|---|---|---|---|
| Title | The Boards of Directors of the Motion Picture Industry Pension Plan et al v. Before The Devil Knows Inc et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge |
|---|---|

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**   Order to Show Cause re Dismissal for Lack of Prosecution

Plaintiff is ordered to show cause in writing no later than **Wednesday, January 26, 2011** why this action should not be dismissed for lack of prosecution. Default against defendant(s) was entered by the Clerk on January 10, 2011 [10].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

**1. Plaintiff's filing of a noticed motion for entry of default judgment.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

|  |  | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | RGN | |